**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STEVEN HILL,

        Plaintiff,

v.                                                   Case No:  6:18-cv-1223-Orl-40GJK

FLAGSHIP CREDIT ACCEPTANCE, LLC,

        Defendant.
_____/

## ORDER

Plaintiff initiated this action on July 27, 2018, alleging Defendant violated the Telephone Consumer Protection Act and Florida's Consumer Collection Practices Act. (Doc. 1). On October 5, 2018, the parties filed a joint motion requesting the Court compel arbitration pursuant to the terms of a written arbitration agreement. (See Doc. 20). The parties also seek a stay of this action pending arbitration. (*Id.* at ¶ 3). Upon consideration, the Court finds that the motion is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The parties' Joint Motion to Compel Arbitration (Doc. 20) is **GRANTED**.

2.     The parties are **DIRECTED** to submit their dispute to arbitration as outlined in the arbitration agreement.

3.     This action is **STAYED** pending arbitration.

4.     The parties are **DIRECTED** to provide a status report to the Court on Thursday, January 10, 2019, and every ninety (90) days thereafter.

5. The parties must immediately notify the Court upon conclusion of the arbitration proceedings.

6. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on October 12, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2