**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEVEN HILL,

    Plaintiff,

-vs-                                            CASE NO.: 6:18-cv-1223-ORL-40-GJK

FLAGSHIP CREDIT ACCEPTANCE, LLC,

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Steven Hill (plaintiff), and defendant, Flagship Credit Acceptance, LLC, by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against Defendant, have been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter as to Defendant, with each party to bear its own costs and attorneys' fees except as provided in the parties' Agreement of Settlement and Release.

    Dated: December 13, 2018

| | |
|---|---|
| */s/ Janelle Neal* | */s/ Carter Burgess* |
| Janelle Neal, Esquire | Carter Burgess, Esq. |
| Florida Bar No.: 774561 | Florida Bar No. 58298 |
| Morgan & Morgan, Tampa, P.A. | 50 North Laura Street, Suite 3900 |
| One Tampa City Center | Jacksonville, Florida 32202 |
| 201 N. Franklin St., 7th Floor | Telephone: (904) 353-2000 |
| Tampa, FL 33602 | Facsimile: (904) 358-1872 |
| Tele: (813) 223-5505 | Email: carter.burgess@hklaw.com |
| JNeal@forthepeople.com | Secondary Email: wanda.adair@hklaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |